**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | **Case No.  26-cv-05232-HSG** |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **ORDER GRANTING  EX PARTE MOTION TO TEMPORARILY SEAL THE CASE FILE** |
| **GM UNIVERSEAPPS LTD.**, also d/b/a **UNIVERSE GROUP**, a Cyprus limited company, et al., | Re: Dkt. No. 5 |
| Defendants. | |

Upon consideration of the Federal Trade Commission's ex parte Administrative Motion to Temporarily Seal the Case File, and the accompanying memorandum and declaration, the Court finds that it is in the interest of justice and the public interest to grant Plaintiff's Motion. Accordingly,

**IT IS HEREBY ORDERED** that the entire file and docket in this matter, including all motions, memorandum of law, exhibits, and other supporting papers, as well as all orders of this Court, are temporarily sealed.

**IT IS FURTHER ORDERED** that this seal does not preclude the Clerk of the Court from providing counsel for Plaintiff with copies of any orders issued by the Court while the seal

remains in effect, and this Order shall not be construed to prohibit Plaintiff from providing this Order, a temporary restraining order ("TRO"), or other pleadings and papers filed in this action to Defendants, process servers, law enforcement authorities, credit reporting agencies, financial institutions or other persons who may hold assets of Defendants, custodians of business records of Defendants, consumer victims, or potential witnesses for a possible preliminary injunction hearing.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, this seal shall last until the Court has issued an Order on the FTC's Ex Parte Motion for Temporary Restraining Order with Asset Freeze and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue. Further, if the Court issues an ex parte TRO, the seal will extend until the earlier of: (a) five business days from the signing and entry of the ex parte TRO; or (b) upon the Clerk's receipt of written notice from Plaintiff that service of a temporary restraining order or other interim order has been made upon all Defendants or that there is no further need to keep the materials under seal.

**IT IS FURTHER ORDERED** that persons who receive notice of this action and this Order before the seal is lifted shall not disclose the existence of this action, this Order, or the terms of any order entered by this Court, except to the extent necessary to implement any TRO that the Court may enter.

The Clerk is **DIRECTED** to serve counsel for the government via email at the addresses listed on the docket.

Dated:   6/5/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER TEMP'LY SEALING CASE FILE
CASE NO. 26-CV-05232

-2-