**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **GM UNIVERSEAPPS LTD.**, also d/b/a **UNIVERSE GROUP**, a Cyprus limited company, et al., <br><br> Defendants. | **Case No. 26-cv-5232-HSG** <br><br> **FILED UNDER SEAL** <br><br> **ORDER GRANTING  EX PARTE ADMINISTRATIVE MOTION TO PERMIT EX PARTE FILING OF THREE MOTIONS: (1) A MOTION TO TEMPORARILY SEAL THE CASE FILE; (2) A MOTION SEEKING LEAVE TO FILE MEMORANDUM EXCEEDING 25 PAGES; AND (3) A MOTION FOR AN EXPEDITED HEARING** <br><br> Re: Dkt. No. 6 |

ORDER RE: *EX PARTE* FILING OF THREE MOTIONS
CASE NO. 26-CV-5232-HSG

-2-

Upon consideration of the Federal Trade Commission's ex parte Administrative Motion to file three motions on an *ex parte* basis, the Court finds that it is in the interest of justice and the public interest to grant Plaintiff's Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff may file the following three motions on an *ex parte* basis: (1) a motion to temporarily seal the case file; (2) a motion seeking leave to file a memorandum exceeding 25 pages; and (3) a motion for an expedited hearing.

The Clerk is **DIRECTED** to serve this order on counsel for the government via email at the addresses listed on the docket.

Dated: _____6/5/2026_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER RE: EX PARTE FILING OF THREE MOTIONS
CASE NO. 26-CV-5232

-2-