# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | **Case No. 26-cv-05232-HSG** |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **ORDER GRANTING EX PARTE ADMINISTRATIVE MOTION TO PERMIT PLAINTIFF TO FILE A MEMORANDUM IN SUPPORT OF ITS EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER IN EXCESS OF 25 PAGES** |
| **GM UNIVERSEAPPS LTD.**, also d/b/a **UNIVERSE GROUP**, a Cyprus limited company, et al., | |
| Defendants. | Re: Dkt. No. 7 |

Upon consideration of the Federal Trade Commission's Ex Parte Administrative Motion to file its Memorandum in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Motion"), the Court finds that it is in the interest of justice and the public interest to grant Plaintiff's Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff may file the TRO Memorandum in excess of the 25-page limit imposed under the Local Rules.

The Clerk is **DIRECTED** to serve this order on counsel for the government via email at the addresses on the docket.

Dated:     6/5/2026

Hon. Haywood. S. Gilliam, Jr.
United States District Judge

ORDER – PERMITTING FTC'S TRO MEMO TO EXCEED PAGE LIMIT
CASE NO. 26-CV-05232-HSG