Alyssa J. Wu (Cal. Bar No. 339651)
Shining J. Hsu (Cal Bar No. 317917)
FEDERAL TRADE COMMISSION
90 Seventh St., Suite 14-300
San Francisco, CA 94103
Phone: (202) 509-4758
Email: awu1@ftc.gov

Joshua A. Doan (DC Bar No. 490879)
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW, GAO-5K21
Washington, DC 20580
Phone: (202) 326-3187
Email: jdoan@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Karl S. Kronenberger (Cal Bar No. 226112)
Liana W. Chen (Cal. Bar No. 296965)
James D. Carlson (Cal. Bar No. 362056)
KRONENBERGER ROSENFELD, LLP
548 Market Street, Suite 85399
San Francisco, CA 94104
Email: karl@kr.law
Tel: (415) 955-1155

Attorneys for Defendants GROWTHMIND LABS LTD., GURUDOCS LTD., EVERTECH INC., YOLO BROTHERS INC., AMOAPP INC., OKSANA KUCHER, IRYNA OLEKSYN, OLGA GARBUZENKO, ROSTYSLAV IVANITSA, and VIKTORIIA SAVCHUK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**GM UNIVERSEAPPS LTD.**, also d/b/a **UNIVERSE GROUP**, a Cyprus limited company, et al.,

Defendants.

**Case No. 4:26-cv-05232-HSG**

**STIPULATED REQUEST AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE (as modified)**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Defendants Growthmind Labs Ltd., Gurudocs Ltd., Evertech Inc., Yolo Brothers Inc., Amoapp Inc., Oksana Kucher, Iryna Oleksyn, Olga Garbuzenko, Rostyslav Ivanitsa, and Viktoriia Savchuk and Plaintiff Federal Trade Commission hereby stipulate to and respectfully request a four-week postponement of the case

management conference currently scheduled for September 1, 2026 (*see* Dkt. No. 3). The parties respectfully ask that the case management conference be continued until September 29, 2026 at 2:00 p.m. or another date and time convenient to the Court. The Parties further propose that the deadline for the case management statement be reset for September 22, 2026, and the deadline for initial disclosures be reset for October 13, 2026. Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in the declaration of Alyssa Wu accompanying this filing.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Alyssa J. Wu*
Alyssa J. Wu

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

*/s/ Karl S. Kronenberger*
Karl S. Kronenberger

Attorney for Defendants
GROWTHMIND LABS LTD., GURUDOCS LTD., EVERTECH INC., YOLO BROTHERS INC., AMOAPP INC., OKSANA KUCHER, IRYNA OLEKSYN, OLGA GARBUZENKO, ROSTYSLAV IVANITSA, and VIKTORIIA SAVCHUK

*Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from the other signatory.

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

- The Case Management Conference is continued to September 29, 2026 at 2:00 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 3. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.
- The deadline for the Parties' joint case management statement is September 22, 2026.
- The deadline for initial disclosures under Rule 26(a)(1) is October 13, 2026.

Dated: 8/14/2026

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Judge